# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| Christopher Koym,<br>    *Plaintiff,*<br><br>VS.<br><br>CITY OF COLLEGE STATION, BRAZOS COUNTY, DISTRICT ATTORNEY JARVIS PARSONS, CHIEF OF POLICE BILLY COUCH, FORMER CHIEF OF POLICE SCOTT McCOLLUM, ASST. CHIEF BRANDY NORRIS, STATE OF TEXAS, AND TCOLE DIRECTOR BEAUCHAMP, all Individuals being sued in their official capacities,<br>    *Defendants.* | § § § § § § § § § § § § § § § § § §  NO. 1:23-cv-00392-ADA |

## ORDER

BEFORE the Court for consideration is the Plaintiff's Notice of Voluntary Dismissal

IT IS HEREBY ORDERED that all claims asserted by Plaintiff Christopher Koym. against Defendants shall be and hereby are dismissed with prejudice to the re-filing of same.

All pending motions, if any, are DENIED-AS-MOOT. The clerk of the Court is DIRECTED to CLOSE this case.

IT IS FUTHER ORDERED that all costs of court are taxed against the parties incurring same. This is a final order disposing of all claims by all parties.

SIGNED on this 23rd day of September, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE